(Del. Rev. 11/14) Pro Se General Complaint Form

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

24 - 0 3 3 5

— mrr

_Newman Shantell_

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

**Civ. Action No.** _____

-against-

DIVISION OF FAMILY SERVICE Finamore, Islanda L.

(To be assigned by Clerk's Office)

_____

DEPARTMENT OF SERVICES FOR CHILDREN, YOUTH AND THEIR FAMILIES,

**COMPLAINT**

**(Pro Se)**

Jury Demand?
☐ Yes
☐ No

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section I. Do not include addresses here.)*

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

If this is an employment discrimination claim or social security claim, please use a different form.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

(Del. Rev. 11/14) Pro Se General Complaint Form

## I.    PARTIES IN THIS COMPLAINT

**Plaintiff**

*List your name, address and telephone number. If you are presently in custody, include your
identification number and the name and address of your current place of confinement. Do the
same for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

Plaintiff:    Newman Shantell
_____
Name (Last, First, MI)

68 Oakmont dr
_____
Street Address

New Castle          Delaware      19720
_____
County, City              State          Zip Code

_____     _____
Telephone Number          E-mail Address (if available)

**Defendant(s)**

*List all defendants. You should state the full name of the defendants, even if that defendant is a
government agency, an organization, a corporation, or an individual. Include the address where
each defendant can be served. Make sure that the defendant(s) listed below are identical to those
contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:    Division of Family service FinAmore, Islanda, L
Name (Last, First)

1825 FaulKland Rd, Wilmington, DE
Street Address

Wilmington      Delaware      19805
County, City          State          Zip Code

Defendant 2:    DEPARTMENT OF SERVICES FOR Children
Name (Last, First)    YOUTH AND THeiR FAmilies

1825 FaulKland Rd,
Street Address

Wilmington    Delaware    19805
County, City          State          Zip Code

(Del. Rev. 11/14) Pro Se General Complaint Form

**Defendant(s) Continued**

Defendant 3: Rockford Mental Hospital
_____
Name (Last, First)

100 Rockford Dr, Newark,
_____
Street Address

New Castle Delaware, 9720
_____
County, City                    State            Zip Code


Defendant 4: _____
Name (Last, First)

_____
Street Address

_____
County, City                    State            Zip Code


## II.    BASIS FOR JURISDICTION

*Check the option that best describes the basis for jurisdiction in your case:*

☒ **U.S. Government Defendant:** United States or a federal official or agency is a defendant.

☒ **Diversity of Citizenship:** A matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000.

☒ **Federal Question:** Claim arises under the Constitution, laws or treaties of the United States.

If you chose "Federal Question", state which of your federal constitutional or federal statutory rights have been violated.

Due Process The Fourteenth Amendment
Before Human trafficking my Epaleptic,
Autistic son. He was at Rockford mental
hospital. It was a recal on his Quee

(Del. Rev. 11/14) Pro Se General Complaint Form

## III.    VENUE

*This court can hear cases arising out of the Counties of New Castle, Kent, and Sussex in the State of Delaware.*

*Under 28 U.S.C § 1391, this is the right court to file your lawsuit if: (1) All defendants live in this state AND at least one of the defendants lives in this district; OR (2) A substantial part of the events you are suing about happened in this district; OR (3) A substantial part of the property that you are suing about is located in this district; OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.*

Venue is appropriate in this Court because:

Under 28 U.S.C. 1391
All defendants claim to Reside here
in Delaware. But due to Corporate
Laws I was unable to find them in
the (BBB) MATRIX.

## IV.    STATEMENT OF CLAIM

Place(s) of occurrence:    1. billion

Date(s) of occurrence: 5-22-23 - And again on 2-21-24 -

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions.*

**FACTS:**

What happened to you?

(Del. Rev. 11/14) Pro Se General Complaint Form

medication so he wasn't getting the full dose due to plastic. So he was out patient at Rockford Center. Rockford Center called me and said come get your son it no more beds after telling me he was Autistic.

Once My son Came Home the Cops had to be called and he was not taken to the Mental hospital because they said they didnt want to deal with him.

So DFS Made a fiticious NAME with a illegal magnnt and is giving this women my son.

Also The DFS Worker Signed MY NAME TO SEND MY son to Texas.

DEPARTMENT OF FAMILY SERVICES HAD A TERMINATION MEETing without ME AND TOOK MY CHILD So THEy CAn get Bonds off Him from BID BONDS HE GETS FULL FAITH AND CREDIT AND NOVEhas been given. They are Mad because I Told My son not to take a plea. They Want him to Think this Corporation has power. How can A Corporation Be given custody of MY Real CHILD. "The BABY ACT"

(Del. Rev. 11/14) Pro Se General Complaint Form

According to the Morocacan - American Treaty of Peace and Friendship.

Who did what?

(Del. Rev. 11/14) Pro Se General Complaint Form

## V.     INJURIES

*If you sustained injuries related to the events alleged above, describe them here.*

my child was taken.

## VI.     RELIEF

The relief I want the court to order is:

☐     Money damages in the amount of:  $  1. Billion

☒     Other (explain):

Investigation into the illegal immagrant signing my name in court.

Page 7 of 8

(Del. Rev. 11/14) Pro Se General Complaint Form

## VII.    CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

3.14.2024
Dated

Plaintiff's Signature

Newman Shantell D.
Printed Name (Last, First, MI)

68 Oakmont dr        New Castle        Delaware    19720
Address                    City                    State        Zip Code

Telephone Number                    E-mail Address (if available)

*List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**