IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHANTELL D. NEWMAN,<br><br>            Plaintiff,<br><br>v.<br><br>DIVISION OF FAMILY SERVICES OF THE STATE OF DELAWARE, DEPARTMENT OF SERVICES FOR CHILDREN, YOUTH & THEIR FAMILIES, ROCKFORD MENTAL HOSPITAL, and ISLANDA L. FINAMORE,<br><br>            Defendants. | Civil Action No. 24-335-RGA |

MEMORANDUM RE: DISMISSAL OF CASE

Plaintiff Newman filed a complaint against the Division of Family Services, Islanda L. Finamore, Department of Services for Children Youth and Their Families, and Rockford Mental Hospital. (D.I. 2 at 2-3).

The Complaint is a series of statements that are hard to follow. To wit,

> My epileptic, autistic son was as Rockford Mental Hospital. It was a recal on his ___ medication so he wasn't getting the full dose due to plastic. So he was out patient at Rockford Center. Rockford Center called me and said come get your son, it [had] no more beds after telling me he was autistic.
> Once my son came home the cops had to be called and he was not taken to the mental hospital because they didn't want to deal with him.
> So DFS made a fictitious name with a illegal immigrant and is giving this women my son.
> Also the DFS worker signed my name to send my son to Texas.
> Department of Family Services had a termination meeting without me and took my child so they can get bonds off him from bid bonds. He gets full faith and credit and none has been given. They are mad because I told my son not to take a plea. They want him to think this corporation has power. How can a corporation be given custody of my real child.
> "The Baby Act"
> According to the Moroccan-American Treaty of Peace and Friendship.

(D.I. 2 at 3, 5-6) (cleaned up).  Plaintiff gives the date of occurrence as May 22, 2023, and February 21, 2024.  (D.I. 2 at 4). The recited facts are said to involve "due process the Fourteenth Amendment before Human Trafficking." (D.I. 2 at 3). Plaintiff seeks a billion dollars.

The complaint does not mention Ms. Finamore or the Department of Services for Children Youth and their Families.  Thus, it does not state claims against either of them.

The complaint does not suggest any state or federal violation by the Rockford Center, which is a "private behavioral health hospital." https://rockfordcenter.com/ (last visited Feb. 10, 2025).

DFS is an agency of the State of Delaware.  Absent a state's consent, the Eleventh Amendment bars a civil rights suit in federal court that names the state as a defendant.  The Eleventh Amendment protects states agencies from suit in federal court regardless of the kind of relief sought.  *Pennhurst State School & Hosp. v. Halderman*, 465 U.S. 89, 100 (1984).

Thus, the case will be dismissed against all defendants. Plaintiff is pro se.  Out of an abundance of caution, she will be given an opportunity to amend her complaint.

A separate order will be entered.

/s/ Richard G. Andrews
United States District Judge