IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHANTELL D. NEWMAN,<br><br>                Plaintiff,<br><br>        v.<br><br>DIVISION OF FAMILY SERVICES OF THE STATE OF DELAWARE, DEPARTMENT OF SERVICES FOR CHILDREN, YOUTH & THEIR FAMILIES, ROCKFORD MENTAL HOSPITAL, and ISLANDA L. FINAMORE,<br><br>                Defendants. | Civil Action No. 24-335-RGA |

ORDER DISMISSING CASE

For the reasons stated in the accompanying memorandum, IT IS HEREBY ORDERED this 10th day of February 2025 that:

1. The complaint is DISMISSED as to all Defendants.

2. Plaintiff is given until March 4, 2025, to file an amended complaint.

3. If Plaintiff does not file an amended complaint by March 4, 2025, the Clerk of the Court is directed to CLOSE this case.

/s/ Richard G. Andrews
United States District Judge