# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHANTELL D. NEWMAN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 24-335-RGA |
| | : | |
| DIVISION OF FAMILY SERVICES | : | |
| OF THE STATE OF DELAWARE, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

At Wilmington this  5th  day of March, 2025;

1. On February 10, 2025, the Court Dismissed the complaint (D.I. 2) with leave to amend by March 4, 2025 (D.I. 8).

2. To date, Plaintiff has not submitted an amended complaint.

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. This case is **DISMISSED without prejudice**.


/s/ Richard G. Andrews
United States District Judge